UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS GARCIA AYALA,<br><br>Plaintiff,<br><br>v.<br><br>GARY REDMAN, et al.,<br><br>Defendants. | No. 2:21-cv-2186 JAM CKD P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On April 29, 2022, the court screened plaintiff's first amended complaint and gave him the option of proceeding immediately on the Fourteenth Amendment excessive force claim against defendant Creach or of filing a second amended complaint to fix the deficiencies with the remaining claims and defendants. ECF No. 25. In response, plaintiff filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 26) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint.

/////

/////

Dated:  May 19, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/ayal2186.36.docx