1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JUAN CARLOS GARCIA AYALA,              No.  2:21-cv-02186-DJC-CKD P

12                Plaintiff,

13        v.                                ORDER

14   GARY REDMAN, et al.,

15                Defendants.

16

17        Plaintiff is a former county inmate currently in state custody who is proceeding pro se and

18   in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Currently pending

19   before the court are plaintiff's motion to amend his complaint as well as a motion to modify the

20   discovery and scheduling order that was entered on April 17, 2023.  ECF Nos. 57-58, 60.

21   Defendants have filed statements of non-opposition to both motions.  ECF Nos. 59, 63.

22        Following screening of the second amended complaint, plaintiff was given the option of

23   proceeding on his Fourteenth Amendment excessive force claims against defendants La Barbera

24   and Creach, or of amending his complaint to fix the deficiencies with the Eighth Amendment

25   deliberate indifference to his serious medical needs claim stemming from the use of force against

26   him on October 21, 2021.  ECF No. 41.  Plaintiff elected to proceed on the Fourteenth

27   Amendment claims found cognizable and to voluntarily dismiss the putative Eighth Amendment

28   claim.  ECF No. 42.  As a result, defendants La Barbera and Creach were served and a discovery

1

1    and scheduling order was issued.

2          Plaintiff's motion to amend the complaint was constructively filed on July 24, 2023.[1]  The

3    court notes that no proposed amended complaint was filed with the motion.  However, the motion

4    requests an extension of time to file an amended complaint in this case.  In light of plaintiff's pro

5    se status, the court will not deny plaintiff's motion based on this procedural flaw.  The motion

6    also indicates that plaintiff has limited English language skills and is suffering from both physical

7    and mental health issues.  ECF No. 60.  Furthermore, defendants do not oppose plaintiff's motion

8    to amend the complaint.  ECF No. 63.  In light of the foregoing, the court will grant plaintiff's

9    motion to amend his complaint to attempt to cure the defects with the Eighth Amendment

10   deliberate indifference claim.  See Foman v. Davis, 371 U.S. 178, 182 (1962) (noting that leave to

11   amend "shall be freely  given when justice so requires.").  Plaintiff may file a third amended

12   complaint within 30 days from the date of this order limited to claims arising from his

13   incarceration at the Amador County Jail on October 21, 2021.

14          Plaintiff has also filed motions to modify the discovery and scheduling order in this case

15   because they cannot be complied with based on his limited English language skills.  ECF Nos.

16   57-58.  Defendants have filed a statement of non-opposition to this motion as well.  ECF No. 59.

17   Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a scheduling order "may be

18   modified only for good cause and with the judge's consent."  Fed. R. Civ. P. 16(b)(4).  This good

19   cause standard "primarily considers the diligence of the party seeking the amendment."  Johnson

20   v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992).  The court may modify the

21   scheduling order "if it cannot reasonably be met despite the diligence of the party seeking the

22   extension."  Id.  If the party was not diligent, the inquiry should end.  Id.  In this case, there is no

23   indication in the record that plaintiff has not been diligent.  Therefore, the court will grant

24   plaintiff's motion to modify the scheduling order in this case.

25   /////

26   /////

27

28   [1] The filing date was calculated using the prison mailbox rule.  See Houston v. Lack, 487 U.S.
     266 (1988).

2

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion to amend the complaint (ECF No. 60) is granted, limited to claims arising from plaintiff's incarceration at Amador County Jail on October 21, 2021.

2.  Plaintiff may file a third amended complaint within 30 days from the date of this order.

3.  Plaintiff's motions to modify the discovery and scheduling order (ECF Nos. 57-58) are also granted.

4.  All pending deadlines in this case are hereby vacated and will be reset as necessary following the screening of plaintiff's third amended complaint.

5.  If plaintiff fails to file a third amended complaint within the time provided, the court will reset the discovery and dispositive motions deadlines limited to the Fourteenth Amendment excessive force claims against defendants La Barbera and Creach.

Dated:  October 11, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/aya12186.amend+modifyDSO

3