UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS GARCIA AYALA,<br><br>Plaintiff,<br><br>v.<br><br>GARY REDMAN, et al.,<br><br>Defendants. | No. 2:21-cv-02186-DJC-CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file a third amended complaint. Defendants have filed a statement of non-opposition. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 65) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file a third amended complaint limited to claims arising from his incarceration at the Amador County Jail on October 21, 2021.

Dated: November 30, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/ayal2186.36.tac

1