UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS GARCIA AYALA,<br><br>Plaintiff,<br><br>v.<br><br>GARY REDMAN, et al.,<br><br>Defendants. | No. 2:21-cv-02186-DJC-CKD<br><br><br><br>ORDER |

Plaintiff, a former county inmate proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 31, 2024, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS

////

////

1

HEREBY ORDERED that:

    1.  The findings and recommendations (ECF No. 70) are adopted in full.

    2.  Plaintiff's Fourteenth Amendment deliberate indifference claims against defendants Creach, LaBarbera, Owens, and Does 1-10 are dismissed without leave to amend for failing to state a claim upon which relief may be granted; and

    3.  This matter is referred back to the Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated:  **June 7, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

12/ayal2186.801.TAC