UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS GARCIA AYALA,<br><br>  Plaintiff,<br><br>  v.<br><br>GARY REDMAN, et al.,<br><br>  Defendants. | No. 2:21-cv-2186-DJC-CKD P<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to comply with the court's order filed on August 26, 2025, granting defendant's motion to compel. Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time (ECF No. 87) is GRANTED.

2. Plaintiff is granted up to and including October 16, 2025, to serve responses to the written discovery requests served by defendants.

3. The pretrial scheduling order is amended to extend the time for defendants to file any further motion to compel up to and including October 30, 2025.

Dated: September 13, 2025

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 ayal218.36disc

1