UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS GARCIA AYALA,<br><br>Plaintiff,<br><br>v.<br><br>GARY REDMAN, et al.,<br><br>Defendants. | No. 2:21-cv-2186-DJC-CKD P<br><br><br><br>ORDER |

On June 2, 2025, the undersigned recommended this case be dismissed for plaintiff's failure to prosecute. (ECF No. 81.) On August 26, 2025, the undersigned vacated the recommendation to dismiss this case and instead granted defendants' motion to compel and ordered plaintiff to serve responses to outstanding discovery requests. (ECF No. 85.) Having received plaintiff's discovery responses, defendants now request a modification of the scheduling order to extend the discovery cutoff solely for the purpose of allowing defendants an opportunity to take plaintiff's deposition. (ECF No. 90.)

The requested modification does not impact any other deadlines in this case and the court construes it as an administrative motion under Local Rule 233. Good cause exists to modify the schedule as requested because defendants acted diligently and were hindered in discovery when plaintiff did not timely provide discovery responses. See Fed. R. Civ. P. 16(b)(4). Defendants request a deadline of February 27, 2026, nearly four months away, to accommodate plaintiff's

1

schedule and any unforeseen events during the holidays. A deadline of January 15, 2026, should allow ample time for those considerations.

Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Defendants' motion to modify the scheduling order (ECF No. 90) is GRANTED in part.

2. The amended discovery and scheduling order (ECF No. 77) is further amended to extend the discovery cutoff to January 15, 2026, solely for the purpose of allowing defendants to take plaintiff's deposition.

3. Pre-trial dispositive motions shall be filed on or before April 15, 2026.

Dated:  November 3, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 ayal218.36depo

2