UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS GARCIA AYALA,<br><br>Plaintiff,<br><br>v.<br><br>GARY REDMAN, et al.,<br><br>Defendants. | No. 2:21-cv-2186-DJC-CKD P<br><br><br><br>ORDER |

By order filed on August 26, 2025, Defendants' Request for Admissions to Plaintiff, Set One, were deemed admitted due to plaintiff's failure to timely serve responses. (ECF No. 85.) On October 28, 2025, plaintiff moved to withdraw the matters deemed admitted stating he has served responses to the Requests for Admission. (ECF No. 89.) Defendants do not oppose the request to withdraw the matters deemed admitted. (ECF No. 92.)

Good cause appearing, plaintiff's October 28, 2025, motion to withdraw matters deemed admitted (ECF No. 28) is GRANTED.

Dated: November 24, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 ayal218.adm

1