UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN CARLOS GARCIA AYALA,

Plaintiff,

v.

GARY REDMAN, et al.,

Defendants.

No. 2:21-cv-2186-DJC-CKD P

ORDER

On July 13, 2026, defendants La Barbera and Creach filed a motion for sanctions, requesting terminating sanctions and dismissal of this action, or, in the alternative, awarding defendants reasonable expenses in the amount of $2,595.00. (ECF No. 102.) Plaintiff did not timely file an opposition or statement of non-opposition to the motion.

Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion...." Id. Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Id. Plaintiff is hereby cautioned that failure to comply with the Local Rules may result in a recommendation that the action be dismissed.

Plaintiff is further informed and cautioned that Rule 41(b) of the Federal Rules of Civil Procedure provides as follows:

> **Involuntary Dismissal; Effect**. If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule--except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19--operates as an adjudication on the merits.

Id.

With these admonitions in place, plaintiff will be granted a further opportunity to file a written opposition to defendants' motion for terminating sanctions, or, in the alternative, for reasonable expenses.

Good cause appearing, IT IS ORDERED that, within 21 days from the date of this order, plaintiff shall file an opposition, if any, to the motion for sanctions; defendant may file a reply within 14 days of any opposition filed by plaintiff. Plaintiff is cautioned that failure to file an opposition will be deemed as consent to have the action dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to comply with a court order and the court's local rules.

Dated: August 11, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 ayal218.nooppo2